FILED
2017 Sep-18 AM 11:59
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Eastern District of Louisiana

FILED
SEP 15 2017
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| Bon Secour Fisheries, Inc., et al. | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Civil Action No. 12-970 |
| BP Exploration & Production, Inc., et al. | ) | |
| _Defendant_ | | 2:17-mc-01582-AKK |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)*   01/20/2016.

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

William W. Blevins
Name of clerk of court

Date: Jun 13 2017

Deputy Clerk's signature

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: Oil Spill by the Oil Rig** | * | |
| **"Deepwater Horizon" in the Gulf of** | | **MDL 2179** |
| **Mexico, on April 20, 2010** | * | |
| | | **SECTION: J** |
| **This Document Relates To:** | * | |
| | | **JUDGE BARBIER** |
| *No. 12-970* | * | |
| | | **MAG. JUDGE SHUSHAN** |
| | * | |

### FIRST AMENDED JUDGMENT [1]

For the reasons stated in the Order & Reasons of January 19, 2016, granting the Motion of the Deepwater Horizon Economic Claims Center ("DHECC") for Return of Payments Made to Vision Design Management,

It is hereby ORDERED, ADJUDGED, AND DECREED that:

1. The DHECC claim award in favor of Vision Design Management, Inc. ("Vision Design") based upon Claim 36421 is hereby RESCINDED and VACATED; and

2. Judgment is entered against Vision Design and its members Barbara J. Stokes and Scott B. Stokes, jointly and severally, requiring Vision Design and its members to make restitution to the DHECC in the amount of $1,610,311.13, plus post-judgment interest; and

3. IT IS FURTHER ORDERED that, pursuant to Rule 54(b), Federal Rules of Civil Procedure, as this action presents more than one claim for relief and involves multiple parties, the Court expressly determines that there is no just reason for delay of the entry of this judgment; and

---

[1] Pursuant to Federal Rule of Civil Procedure 60(a), the Court amends its previous Judgment (Rec. Doc. 15745) to correct a clerical mistake, *viz.*, the date appearing in the first sentence. No substantive changes are made.

4. IT IS FURTHER ORDERED that the United States Marshal shall provide services as may be needed by the DHECC, the Claims Administrator, or the Special Master in enforcement of this judgment.

Signed in New Orleans, Louisiana, this 20th day of January, 2016.

*[signature]*
United States District Judge

**CLERK'S OFFICE**
A TRUE COPY
Jun 12 2017
*[signature]*
Deputy Clerk, U.S. District Court
Eastern District Of Louisiana
New Orleans LA